U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

October 20, 2010

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*[signature: Elizabeth L Perris]*

**U.S. Bankruptcy Judge**

OPI3 (12/6/07) cbb

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Beth Ann Golliher**
  *Other names used by debtor:*
  Beth Ann Huck
Debtor(s)

) Case No.  **10–39911–elp7**
)
) ORDER RE: INDIVIDUAL DEBTOR(S)'
) APPLICATION TO PAY FILING FEES
) IN INSTALLMENTS

The debtor(s) applied to pay the balance due for filing fees in installments and, after due consideration and any necessary modifications having been made by the Court to the proposed payment terms set forth in the debtor(s)' application, now, therefore,

**IT IS ORDERED** that:

1. Each payment required below shall be made payable to the "Clerk, U.S. Bankruptcy Court," and served on the Clerk at 1001 SW 5th Ave #700, Portland, OR 97204.

2. Each payment on the remaining balance due on this debtor(s)' filing fees shall be paid as follows:

    **$100.00** no later than **11/17/10.**

    **$100.00** no later than **12/15/10.**

    **$ 99.00** no later than **1/12/11.**

3. The failure to timely pay any amount as required makes the entire unpaid balance immediately due and payable, and the case may be promptly dismissed for failure to comply.

4. Until all filing fees are paid in full the debtor(s) shall not pay, and no person shall accept, any additional money for services in connection with this case, and the debtor(s) shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

###

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: carol              Page 1 of 1                  Date Rcvd: Oct 20, 2010
Case: 10-39911                Form ID: OPI3            Total Noticed: 1

The following entities were noticed by first class mail on Oct 22, 2010.
db         ++++BETH ANN GOLLIHER,    2700 W POWELL BLVD APT 348,    GRESHAM OR  97030-6573
             (address filed with court:  Beth Ann Golliher,    2700 W Powell Blvd G-348,   Gresham, OR  97030)
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0
Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2010**               **Signature:**       _Joseph Speetjens_